No. 646, Misc. BURTON v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *Frances Kahn* for petitioner. *Solicitor General Marshall* for the United States.

No. 649, Misc. STEPHENS v. UNITED STATES. C. A. 5th Cir. Certiorari denied. *Thomas Gilbert Sharpe, Jr.,* for petitioner. *Solicitor General Marshall* for the United States.

No. 659, Misc. BRATT v. CROUSE, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 665, Misc. NEAL v. MYERS, CORRECTIONAL SUPERINTENDENT. C. A. 3d Cir. Certiorari denied.

No. 680, Misc. RITTER v. NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied. Petitioner *pro se. Benj. J. Jacobson* for respondent.

No. 682, Misc. KELLY v. IMMIGRATION AND NATURALIZATION SERVICE. C. A. 9th Cir. Certiorari denied. *Lloyd Tasoff* for petitioner. *Solicitor General Marshall* for respondent.

No. 707, Misc. SIMON v. CASTILLE ET AL. Sup. Ct. La. Certiorari denied. *J. Minos Simon* for petitioner.

No. 710, Misc. BEAZLEY v. ORSINGER. C. A. D. C. Cir. Certiorari denied. Petitioner *pro se. Joseph G. Dooley* for respondent.

No. 272, Misc. LAMBERT v. KENTUCKY. Ct. App. Ky. Motion to strike brief of respondent denied. Certiorari denied. Petitioner *pro se. Robert Matthews,* Attorney General of Kentucky, and *David Murrell* and *Holland N. McTyeire,* Assistant Attorneys General, for respondent.